UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY BOMAR,** | ) | Case No. CV 09-5580 PA (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **PATTON STATE HOSPITAL,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: September 25, 2009

_____
Percy Anderson
United States District Judge